In the Matter of the Claim of GRACE TALBOT, Respondent, against CLAUDE W. KRESS at al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Submitted January 6, 1937; decided January 26, 1937.

*H. Dudley Bierau* and *William E. Lowther* for appellants.
*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed with costs; no opinion.

Concur: O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Dissenting: CRANE, Ch. J. Taking no part: LEHMAN and FINCH, JJ.